JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHVA DEV MD INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 20-07250-AB (KSx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 21, 2020            _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE